**Guy T. HELVERING, Commissioner of Internal Revenue, v. O. J. PHARAOH.**

No. 1472.

Circuit Court of Appeals, Tenth Circuit.

Aug. 28, 1936.

Herman Oliphant, Gen. Counsel for the Department of the Treasury, of Washington, D. C., for petitioner.

C. F. Miller, of Oklahoma City, Okl., for respondent.

Before LEWIS and McDERMOTT, Circuit Judges.

PER CURIAM.

Petition for review dismissed on motion of petitioner.

**Guy T. HELVERING, Commissioner of Internal Revenue, v. William M. ROCKWOOD.**

No. 5546.

Circuit Court of Appeals, Seventh Circuit.

July 7, 1936.

Robert H. Jackson, of Washington, D. C., for petitioner.

Jacob S. White, of Indianapolis, Ind., for respondent.

Before SPARKS and ALSCHULER, Circuit Judges.

PER CURIAM.

Upon consideration of the petitioner's motion filed herein, praying that the above-entitled cause be dismissed, and it appearing to the court that respondent has consented thereto, it is, by the court, ordered that the petition to review in this cause be, and the same is hereby, dismissed.

**Guy T. HELVERING, Commissioner of Internal Revenue, v. William WILKE, Jr.**

No. 5785.

Circuit Court of Appeals, Seventh Circuit.

July 18, 1936.

Robert H. Jackson, of Washington, D. C., for petitioner.

David L. Krebs, Jr., of Chicago, Ill., for respondent.

Before EVANS, SPARKS, and ALSCHULER, Circuit Judges.

PER CURIAM.

Upon consideration of the stipulation of the parties hereto, appearing by their respective counsel of record, which said stipulation has heretofore been filed herein, it is, by the court this 18th day of July, 1936, adjudged and ordered that the above entitled cause be, and it is hereby, dismissed.

**J. E. HOLMES et al. v. Richard J. HOPKINS, United States District Judge for the District of Kansas.**

No. 1475.

Circuit Court of Appeals, Tenth Circuit.

Dec. 12, 1936.

Charles L. Kagey, of Wichita, Kan., for petitioner.

Austin M. Cowan, of Wichita, Kan., for respondent.

Before PHILLIPS, McDERMOTT, and BRATTON, Circuit Judges.

PER CURIAM.

Petition denied.

**J. E. HOLMES et al. v. Catharine Bentley ROBINSON et al.**

No. 1456.

Circuit Court of Appeals, Tenth Circuit.

July 27, 1936.

Kagey, Black & Kagey, of Wichita, Kan., for appellants.

Cowan, McCorkle & Nelson, of Wichita, Kan., for appellees.

Before LEWIS and McDERMOTT, Circuit Judges.

PER CURIAM.

Appeal dismissed on motion of appellants.